IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      CIVIL ACTION NO. 3:23cv314-SA-JMV

ALLISHIA HUDSON                      DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Allishia Hudson, having failed to appear, plead or otherwise defend in this action, and default having been entered on November 14, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Allishia Hudson, in the amount of $138,562.50, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00.

This the 27th day of November, 2023.

                                                 s/ David Crews
                                                 Clerk of Court *by jla*